**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00987-CV

### IN RE STAFF CARE, INC., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-03615**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Carlos R. Cortez, Judge of the 44th Judicial District Court, to **RENDER** an order: 1) resolving all of the parties' motions to compel that were pending as of July 18, 2013; 2) ruling on relator's appeal of the Associate Judge's Order granting Defendants' Motion to Strike, and 3) setting a date for trial not less than thirty days from the date of the last of the orders resolving these motions.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order.

We **ORDER** that relator recover its costs of this original proceeding from real parties in interest.

/s/   ELIZABETH LANG-MIERS
      JUSTICE